# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD TAYLOR,　　　　　　　　　　) | 1:07cv1134 LJO DLB |
| ) | |
| ) | ORDER REQUIRING PLAINTIFF TO |
| Plaintiff,　) | SUBMIT APPLICATION TO PROCEED IN |
| ) | FORMA PAUPERIS **OR** PAY FILING FEE |
| v.　) | |
| ) | |
| JOE DOE, et al.,　) | |
| ) | |
| ) | |
| Defendants.　) | |
| ) | |

　　　Plaintiff Bernard Taylor ("Plaintiff"), a state prisoner proceeding pro se, filed the instant action pursuant to 42 U.S.C. § 1983.  Plaintiff did not, however, file an application to proceed in forma pauperis or pay the $350.00 filing fee.  28 U.S.C. § 1915.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　　1. The Clerk's Office shall send Plaintiff the appropriate application to proceed in forma pauperis; and

　　　　　2. Within thirty (30) days of the date of service of this order, Plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

　　　IT IS SO ORDERED.

　　　**Dated:　August 8, 2007**　　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1