# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERNARD TAYLOR, | ) | 1:07cv1134 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING ACTION |
| v. | ) | |
| JOE DOE, et al., | ) | (Document 12) |
| | ) | |
| Defendant. | ) | |

    Plaintiff, appearing pro se and proceeding in forma pauperis, filed the instant civil rights complaint on August 6, 2007.

    On October 2, 2007, the Magistrate Judge issued Findings and Recommendation that the action be dismissed without leave to amend for Plaintiff's failure to state a claim for which relief can be granted.  This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty (30) days of the date of service of the order.  Plaintiff has not filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 2, 2007, is ADOPTED IN FULL; and

2. The complaint is DISMISSED WITHOUT LEAVE TO AMEND.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   November 13, 2007**               **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE